UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-8029 -CR-RYSKAMP

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Timothy Barr

        Defendant.
_____/

## ORDER REQUIRING RESPONSE

**THIS CAUSE** came before the Court on defendant's Motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (c)(2), filed April 25, 2008, DE# 193. Upon review, it is hereby:

**ORDERED and ADJUDGED** that the U.S. Probation Office and United States Attorney Office, shall file a response to the defendant's Motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (c)(2), within (15) fifteen days of the date of this order.

**DONE and ORDERED** in West Palm Beach, this 25 day of April, 2008.

                                   KENNETH L. RYSKAMP
                                   UNITED STATES DISTRICT JUDGE

cc:   counsel of record
       USPO